IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY SYKES,  No. C 12-06070 WHA

    Plaintiff,

 v. **ORDER TO SHOW CAUSE**

BOBBIE DAVIS and WILLIAM COLEY,

    Defendants.
                                     /

On December 7, 2012, defendant Bobbie Davis filed a motion for an order substituting the United States of America as defendant and dismissing the complaint of pro se plaintiff Jeffrey Sykes. Pursuant to Local Rule 7-3, plaintiff's opposition or statement of non-opposition thereto was due by December 24. None was received. The action was then reassigned to the undersigned judge on January 3.

Plaintiff is hereby **ORDERED TO SHOW CAUSE** why the motion should not be granted. Plaintiff's response is due by **NOON ON JANUARY 22**. If no response is received, the motion may be granted, or the action may be dismissed for failure to prosecute. The hearing date, currently scheduled for March 7, 2013, shall remain in place.

**IT IS SO ORDERED.**

Dated: January 8, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE