1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

6    JEFFREY SYKES,                          No. C 12-06070 WHA

7                   Plaintiff,

8         v.                                 **NOTICE TO CLERK TO CLOSE THE FILE**

9    BOBBIE DAVIS and WILLIAM COLEY,

10                  Defendants.

11   _____/

12          On November 30, 2012, defendant Bobbie Davis filed a notice of removal of an action in

13   the Alameda County Superior Court on the basis that she was acting within the scope of her

14   employment with the Department of Veteran Affairs with reference to the allegations in

15   plaintiff's complaint.  Defendant, who is represented by attorneys from the United States

16   government, filed a motion to substitute the United States as defendant and to dismiss.  Pro se

17   plaintiff Jeffrey Sykes has not responded to the motion or to this Court's order to show cause,

18   dated January 8, 2013.  Documents mailed by the Clerk of the Court to plaintiff's address were

19   returned as undeliverable (Dkt. No. 17).

20          On January 17, 2013, defendant filed a motion for administrative relief stating that the

21   plaintiff had filed a request for dismissal without prejudice in the Alameda County Superior

22   Court on November 13, 2012, which was "entered as requested" on that date and prior to the

23   removal of this action to federal court by defendant.  The removal was therefore ineffective.  The

24   Clerk is directed to **CLOSE THE FILE**.

25

26          **IT IS SO ORDERED.**

27   Dated:  January 22, 2013.

28                                           _____
                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California